IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRITTANY L. OSBERRY, | : | Case No. 3:17-cv-00254 |
| Plaintiff, | : | Judge: James G. Carr |
| v. | : | |
| ZANE SLUSHER, et al. | : | DEFENDANTS' NOTICE OF MANUAL FILING OF DECLARATION WITH |
| Defendants. | : | <u>VIDEO EXHIBIT</u> |

Defendants hereby give notice of the manual filing of the declaration of City of Lima Chief of Police Kevin Martin with an accompanying exhibit which is a video (a CD marked as Exhibit A) in support of Defendants' Motion for Judgment on the Pleadings (Doc. No. 5).

Respectfully submitted,

/s/ ERIN B. MOORE
Jane M. Lynch (#0012180)
Erin B. Moore (#0061638)
Attorney for Defendants
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel. 937.224.3333
Fax 937.224.4311
jmlynch@green-law.com
ebmoore@green-law.com

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing has been served electronically through this Court's electronic service system upon counsel for Plaintiff on this the 4th day of April 2017.

Jason N. Flower, Esquire
Huffman, Kelley, Brock & Gottschalk, LLC
540 W. Market Street
Lima, Ohio 45801
Attorney for Plaintiff

/s/ ERIN B. MOORE
Erin B. Moore