# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **BRITTANY L. OSBERRY,** | : | Case No. 3:17-cv-00254 |
| **Plaintiff,** | : | Judge: James G. Carr |
| v. | : | |
| **ZANE SLUSHER, et al.** | : | **DECLARATION OF CITY OF LIMIA CHIEF OF POLICE, KEVIN MARTIN** |
| **Defendants.** | : | |

STATE OF OHIO        )
                     ) ss:
COUNTY OF ALLEN      )

1. I, Kevin Martin, make this declaration upon my own personal knowledge, and I am competent to testify to the matters stated herein.

2. I am the Chief of Police of the City of Lima, Allen County, Ohio.

3. Attached as Exhibit A to this declaration is a true and accurate copy of the citizen captured video referenced by plaintiff and central to the claims asserted by plaintiff in her complaint. It was obtained from social media outlets shortly after the encounter between Officers Frysinger, Montgomery and Slusher and plaintiff Brittany Osberry of August 10, 2016 and depicts that encounter.

4. The video is undisputed with regard to the aspects of the encounter depicted and has been relied upon by the Lima Police Department in subsequent review of the encounter.

5. The attached video, once obtained, has been kept in the course of the regularly conducted activities of the City of Lima Police Department.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
POLICE CHIEF KEVIN MARTIN

The foregoing instrument was acknowledged before me this 29th day of March, 2017, by Police Chief Kevin Martin.

_____
NOTARY PUBLIC

MARJORIE L GLENN
Notary Public, State of Ohio
My Commission Expires
August 4, 2021

1

EXHIBIT A